No. 768, Misc. McGRADY *v.* SMYTH, SUPERINTEND-
ENT, VIRGINIA STATE PENITENTIARY. Supreme Court of
Appeals of Virginia. Certiorari denied. Petitioner *pro
se.  A. S. Harrison, Jr.,* Attorney General of Virginia, for
respondent.

No. 769, Misc. DAVIS *v.* SMYTH, SUPERINTENDENT,
VIRGINIA STATE PENITENTIARY. Supreme Court of Ap-
peals of Virginia. Certiorari denied. Petitioner *pro se.
A. S. Harrison, Jr.,* Attorney General of Virginia, for
respondent.

No. 782, Misc. EASTMAN *v.* SMYTH, SUPERINTENDENT,
VIRGINIA STATE PENITENTIARY. Supreme Court of Ap-
peals of Virginia. Certiorari denied. Petitioner *pro se.
A. S. Harrison, Jr.,* Attorney General of Virginia, for
respondent.

No. 794, Misc. KOCZWARA *v.* PENNSYLVANIA. Supreme
Court of Pennsylvania. Certiorari denied. *Irving L.
Epstein* for petitioner. *Carlon M. O'Malley* for
respondent.

No. 858, Misc. BEARD *v.* OHIO. Supreme Court of
Ohio. Certiorari denied.

No. 860, Misc. DUNN ET AL. *v.* UNITED STATES. C. A.
5th Cir. Certiorari denied. Petitioners *pro se. Solic-
itor General Rankin, Assistant Attorney General Wilkey,
Beatrice Rosenberg* and *Kirby W. Patterson* for the
United States.

No. 864, Misc. SMITH *v.* NEW YORK. Appellate Divi-
sion, Supreme Court of New York, Fourth Judicial
Department. Certiorari denied.